# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TEVIUS STAFFORD TURNER,

        Petitioner,   :  Case No. 3:22-cv-303

 - vs -         District Judge Walter H. Rice
        Magistrate Judge Michael R. Merz

WARDEN, Marion Correctional
  Institution,

        :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above case is hereby TRANSFERRED from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz to help balance the workload in the District.

November 6, 2023.

        s/ *Michael R. Merz*
        United States Magistrate Judge